USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE HERNANDEZ RAMIREZ, individually and on behalf of others similarly situated,

Plaintiff,

v.

SABOR TROPICAL RESTAURANT CORP., d/b/a SABOR TROPICAL, DIANELBA EUSTATE SANTOS, and JOSE EUSTATE SANTOS,

Defendants.

No. 21-CV-8019 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 27, 2021, Plaintiff filed affidavits of service stating that Defendants Sabor Tropical Restaurant Corporation, Dianelba Eustate Santos, and Jose Eustate Santos were each served on September 30, 2021. Defendants' answers were due on October 21, 2021. No Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by January 24, 2022. If Defendants fail to do so, and Plaintiff intends to move for default judgment, he shall do so by February 7, 2022.

Plaintiff shall serve a copy of this Order on Defendants by January 10, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:   January 3, 2022
         New York, New York

Ronnie Abrams
United States District Judge