UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ENRIQUE HERNANDEZ RAMIREZ,
*individually and on behalf of others similarly situated,*

        *Plaintiff,*

-against-

SABOR TROPICAL RESTAURANT CORP. (D/B/A SABOR TROPICAL), DIANELBA EUSTATE SANTOS, and JOSE EUSTATE SANTOS,

        *Defendants.*
-------------------------------------------------------X

Case 1-21-cv-08019-RA

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO: **Benjamin Sharav**
  Law Office of Victor J. Molina
  930 Grand Concourse, Ste. 1A
  Bronx, NY 10451
  Tel. 718-401-1600
  Email: v.j.molina@verizon.net
  juris_ben@msn.com
  *Attorneys for Defendants*

  PLEASE TAKE NOTICE that Plaintiff, ENRIQUE HERNANDEZ RAMIREZ, hereby accepts the offer of judgment made by SABOR TROPICAL RESTAURANT CORP. (D/B/A SABOR TROPICAL), DIANELBA EUSTATE SANTOS, and JOSE EUSTATE SANTOS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 7, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
   May 9, 2022

               Respectfully submitted,

               _____
               Bryan D. Robinson, Esq.
               CSM Legal, P.C.
               60 East 42nd Street.
               Suite 4510
               New York, NY 10165
               Email: bryan@csm-legal.com
               *Attorneys for Plaintiff*