UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ENRIQUE HERNANDEZ RAMIREZ,
*individually and on behalf of others similarly situated,*

                              Case: 1-21-cv-08019-RA

            *Plaintiff*,                    **JUDGMENT**

    -against-

SABOR TROPICAL RESTAURANT CORP.
(D/B/A SABOR TROPICAL), DIANELBA
EUSTATE SANTOS, and JOSE EUSTATE
SANTOS,

           *Defendants*.
-------------------------------------------------------X

On ___May 9, 2022___ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, ENRIQUE HERNANDEZ RAMIREZ, have judgment against Defendants SABOR TROPICAL RESTAURANT CORP. (D/B/A SABOR TROPICAL), DIANELBA EUSTATE SANTOS, and JOSE EUSTATE SANTOS, (collectively "Defendants"), jointly and severally, in the amount of $22,000.00, (Twenty Two Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: ___May 12___, 20_22_

                                                    SO ORDERED,

                                                    Hon. Ronnie Abrams
                                                    United States District Judge